1472

## MERIT DOCKET

**93–384.** State ex rel. Welser v. Littlefield. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–497.** State ex rel. Scales v. Hamilton Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–525.** Pettit v. Grady. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–528.** State ex rel. Morrow v. Ammer. In Mandamus. On motion for summary judgment. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, RESNICK and PFEIFER, JJ., concur.

DOUGLAS, J., would convert the motion for summary judgment into a motion to dismiss and grant the motion to dismiss.

WRIGHT and F.E. SWEENEY, JJ., would grant the motion for summary judgment.

**93–551.** State v. St. Meyer. *Hancock County,* No. 5–92–29. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents.

**93–612.** State ex rel. McKeague v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–713.** State ex rel. May v. Hendon. On motion to adopt memorandum in *State ex rel. May v. Hendon* (1993), 66 Ohio St.3d 3, 606 N.E.2d 959, as brief. *Sua sponte,* cause dismissed.

MOYER, C.J., WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY, DOUGLAS and RESNICK, JJ., would deny the motion.